No. 09–11121. J. D. B. v. NORTH CAROLINA. Sup. Ct. N. C. Motion of Juvenile Law Center et al. for leave to file a brief as

*amici curiae* granted. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted. 